IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF NEW YORK MELLON, F/K/A
BANK OF NEW YORK, AS TRUSTEE,
IN TRUST FOR REGISTERED
HOLDERS OF CWABS, INC., ASSET-
BACKED CERTIFICATES, SERIES
2005-IM3, A/K/A THE BANK OF NEW
YORK MELLON, F/K/A THE BANK OF
NEW YORK AS TRUSTEE FOR
CERTIFICATEHOLDERS CWABS, INC.
ASSET-BACKED CERTIFICATES,
SERIES 2005-IM3,

                    Appellant,

          vs.

SFR INVESTMENTS POOL 1, LLC,
NEVADA LIMITED LIABILITY
COMPANY,

                  Respondent.

No. 71011

**FILED**

JAN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

When our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect, on November 17, 2016, we directed appellant to, within 30 days show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, we noted that several claims appeared to remain pending against several defendants in the district court, such that no final judgment has been entered in the underlying case, and that the district court did not certify its order as final under NRCP 54(b).

17-00569

To date, appellant has failed to respond to our order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears we lack jurisdiction, and we ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:  Hon. Michelle Leavitt, District Judge
     Lansford W. Levitt, Settlement Judge
     Wright, Finlay & Zak, LLP/Las Vegas
     Kim Gilbert Ebron
     Eighth District Court Clerk